

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

**The City of New York**
# Law Department
100 CHURCH STREET
NEW YORK, NY 10007

**JEFFREY S. DANTOWITZ**
*Assistant Corporation Counsel*
Phone: (212) 356-0876
Email: jdantowi@law,nyc,gov
(not for service)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/16/2024__

July 15, 2024

**VIA ECF**
Honorable Barbara Moses
United States District Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

     Re:    Trowell v. Whitefield
              <u>No. 23-cv-9789 (DEH)(BM)</u>

Dear Magistrate Moses:

        I am an attorney in the Office of the Corporation Counsel, counsel for Defendant Whitfield (sued herein as Whitefiled). I respectfully request an adjournment of the conference scheduled for July 17, 2024.

        This morning, I contacted Sing Sing Correctional Facility to confirm that arrangements had been made for Plaintiff's telephone participation at the conference. This afternoon, I received an email from Sing Sing advising that Plaintiff was no longer housed there, but had been transferred to the Auburn Correctional Facility. Moments ago, I received an email from Auburn advising that due to a scheduling conflict, it could not arrange for Plaintiff's participation at the conference as scheduled.

        Accordingly, I respectfully request that the conference scheduled for July 17, 2024 be adjourned to a subsequent date convenient to the Court. (In this regard, please note that I will be out of the office on August 13 and August 19-23.)

Thank you for your consideration of the foregoing.

Respectfully,

/s/ Jeffrey S. Dantowitz

Jeffrey S. Dantowitz
Assistant Corporation Counsel

cc:    Ramziddin Trowell
       23B4782
       Auburn Correctional Facility
       135 State St.
       Auburn, NY 13024

Application GRANTED. The telephonic status conference scheduled for July 17, 2024 will now take place on **August 1, 2024 at 11:00 a.m.** The parties shall dial (888) 557-8511 and enter Access Code 7746387 a few minutes before the scheduled time. SO ORDERED.

**Barbara Moses**
**United States Magistrate Judge**
**July 16, 2024**

2