UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMZIDDIN S. TROWELL,

        Plaintiff,

-against-

WHITEFIELD, et al.,

        Defendants.

23-CV-9789 (DEH) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The parties are hereby notified that the dial-in information for the status conference scheduled for **December 5, 2024, at 12:00 p.m.** has changed.

A few minutes before 12:00 p.m., on December 5, 2024, the parties must call **(885) 244-8681**, and enter the access code **2314 181 4376#**. Defendants' counsel must promptly contact Auburn Correctional Facility to notify the appropriate official in charge of this change.

Dated: New York, New York
       December 3, 2024

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**