```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: __12/5/2024__
```

RAMZIDDIN S. TROWELL,

        Plaintiff,

-against-

WHITEFIELD, et al.,

        Defendants.

23-CV-9789 (DEH) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    On December 5, 2024, the parties appeared by telephone for a status conference. During the conference, plaintiff stated that he has not yet received his Rikers Island medical records (which according to defendants were sent to plaintiff at the Auburn Correctional Facility last month, via the law library), and has not yet been given access to the expanded video footage from Rikers Island that this Court ordered defendants to produce (and which, according to defendants, was sent to plaintiff at the Auburn Correctional Facility last month, on one or more CDs, via inmate records). At the Court's invitation, Correctional Officer Anthony Smith joined the conference to discuss the whereabouts of medical records and the video footage, and agreed to assist in locating those materials. The Court appreciates Officer Smith's assistance.

    For the reasons discussed during the conference, it is hereby ORDERED as follows:

1. The deadline to complete fact discovery, including depositions of fact witnesses, is EXTENDED to **February 28, 2025**.

2. No later than **December 13, 2024**, defendants must submit a status letter, after communicating with Officer Smith, updating the Court concerning their efforts to produce plaintiff's Rikers Island medical records and the Rikers Island video footage, and describing any judicial assistance that they require in that regard.

3. No later than **December 13, 2024**, plaintiff must respond in writing to defendants' pending discovery requests. If he *does not possess* any of the documents requested by defendants (other than those previously produced to him *by* defendants during this case), he should so state in his written response, which he must sign and send directly to defendants' counsel.

4. No later than **January 24, 2025**, defendants must respond in writing to plaintiff's discovery requests and produce responsive and non-privileged documents.

5. Judge Moses will hold a status conference on **January 29, 2025, at 12:00 p.m.**, via teleconference. The parties must dial (855) 244-8681, and enter the access code 2314 181 4376# a few minutes before the scheduled time.

6. No later than **January 22, 2025**, after meeting and conferring with plaintiff, defendants must submit a letter updating the Court concerning the status of

discovery and alerting the Court to any unresolved discovery or scheduling issues.

The Clerk of Court is respectfully directed to mail a copy of this Order, as well as the Complaint at Dkt. 1, to the pro se plaintiff.

Dated: New York, New York
December 5, 2024

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**