USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMZIDDIN S. TROWELL,

        Plaintiff,

-against-

WHITEFIELD, et al.,

        Defendants.

23-CV-9789 (DEH) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On December 5, 2024, following a status conference, the Court issued an Order (December 5 Order) (Dkt. 44) setting out discovery deadlines and scheduling a status conference for January 29, 2025. In that Order, the Court also directed the Clerk of Court to mail of copy of the Complaint at Dkt. 1, to the pro se plaintiff. *See* December 5 Order at 2.

Now before the Court is a letter from plaintiff, dated December 5 and entered on the docket on December 27, 2024, stating that he does "not have a copy of the complaint or any letters in my possession." (Dkt. 47 at 1.)

The docket reflects that a copy of the Complaint was mailed to plaintiff on December 9, 2024. The Court also notes that since plaintiff notified the Court in July 2024 that he was transferred to Auburn Correctional Facility (Dkt. 27), all Court orders in this action have been mailed to plaintiff's current mailing address at Auburn.

Dated: New York, New York
       January 2, 2025

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**