```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/22/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAMZIDDIN S. TROWELL, | |
| Plaintiff, | 23-CV-9789 (DEH) (BCM) |
| -against- | **ORDER** |
| WHITEFIELD, et al., | |
| Defendants. | |

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received and reviewed defendants' letter dated January 21, 2025 advising the Court that the parties have reached a settlement. (Dkt. 49.) The telephonic status conference scheduled for January 29, 2025, at 12:00 p.m., will remain on calendar. If the parties' settlement agreement is finalized before that date, defendants may request that the Court cancel the conference.

Dated: New York, New York
January 22, 2025

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**