

| | | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | **T**he City of New York<br>**Law Department**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **JEFFREY S. DANTOWITZ**<br>*Assistant Corporation Counsel*<br>Phone: (212) 356-0876<br>Email: jdantowi@law,nyc,gov<br>(not for service) |

January 27, 2025

**BY ECF**
Honorable Barbara Moses
United States District Magistrate Judge
Southern District of New York
500 Pearl Street, Rom 740
New York, New York 10007

## MEMO ENDORSED

        Re:    Trowell v. Whitefield
                  No. 23-cv-9789 (JAV)(BCM)

Dear Magistrate Moses:

        This office represents Defendants in this action. I write to respectfully request an adjournment of the conference scheduled for January 29, 2025 at noon. Unfortunately, the father of a close friend passed away and the funeral is scheduled for January 29 at a time that will conflict with the conference.

        I have contacted Auburn Correctional Facility, which has advised that the earliest date the phone line is available is on February 20, 2025. I have discussed this with Your Honor's Law Clerk, who advises that the Court is available that day on February 20, 2025 at 11:30am and that, subject to Your Honor's approval, we can re-schedule the call for that date and time.

        Thank you for your consideration of this request.

Respectfully,

/s/ Jeffrey S. Dantowitz

Jeffrey S. Dantowitz
Assistant Corporation Counsel

---

Application GRANTED. The telephonic status conference scheduled for January 29, 2025 will now take place on **February 20, 2025 at 11:30 a.m.** The parties shall dial (855) 244-8681, and enter the access code 2314 181 4376#  a few minutes before the scheduled time. SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
January 28, 2025