```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMZIDDIN S. TROWELL,

        Plaintiff,

-against-

WHITEFIELD, et al.,

        Defendants.

23-CV-9789 (DEH) (BCM)

**ORDER TO SUPERINTENDENT REGARDING STATUS CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

    The status conference previously scheduled for January 29 is **ADJOURNED** to **February 20, 2025, at 11:30 a.m.**

    It is hereby **ORDERED** that the Superintendent or other official in charge of Auburn Correctional Facility produce plaintiff Ramziddin S. Trowell, Inmate No. 23B4782, on **February 20, 2025**, no later than **11:15 a.m.**, to a suitable location within Auburn Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defendants' counsel. The parties must dial (855) 244-8681, and enter the access code 2314 181 4376#.

    Defendants' counsel must: (1) send this Order to the Superintendent immediately; (2) contact Auburn Correctional Facility to arrange the call and determine the telephone number at which the plaintiff will be reachable at the above time and date; and (3) confirm that plaintiff has joined the telephone conference ten minutes before the time and date of the conference.

    If the scheduled time and date presents a hardship, the Superintendent or the Superintendent's designee should promptly inform chambers by calling Courtroom Deputy Tamika Kay at (212) 805-0228.

Dated: New York, New York
       January 28, 2025

                           **SO ORDERED.**

                           _____
                           **BARBARA MOSES**
                           **United States Magistrate Judge**