UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMZIDDIN S. TROWELL,

Plaintiff,                          23-CV-9789 (DEH) (BCM)

-against-                           **ORDER**

WHITEFIELD, et al.,

Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  2/20/2025
```

**BARBARA MOSES, United States Magistrate Judge.**

At the outset of today's telephonic status conference, counsel for defendants informed the Court that plaintiff was unavailable due to a prison guard strike at Auburn Correctional Facility. Counsel further advised the Court that a settlement agreement has not yet been finalized by the parties. No later than **March 5, 2025**, counsel for defendants must provide a status update letter to the Court concerning the progress of the proposed settlement.

Dated: New York, New York
        February 20, 2025                    **SO ORDERED.**

_____

**BARBARA MOSES**
**United States Magistrate Judge**